# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>YOLANDA SALCIDO-SILVA,<br><br>               Defendant. | Case No.: 15cr362-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 14, 2015

 

_____
HONORABLE DANA M. SABRAW
United States District Judge